# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DALE MICHAEL WAKEFIELD, | : | No. 43 WAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated |
| | : | September 11, 2019 at No. 488 MD |
| v. | : | 2019. |
| | : | |
| | : | |
| ROBERT GILMORE, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 19th day of May, 2020, the Order of the Commonwealth Court is hereby **AFFIRMED**.